# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| **KINSALE INSURANCE COMPANY,** | ] | CIVIL ACTION |
| | ] | |
| Plaintiff | ] | |
| | ] | |
| v. | ] | NO: 1:22-CV-00227-JDL |
| | ] | |
| **ARAYOS, LLC D/B/A DIAMONDS AND ROSCOE WITHAM** | ] ] ] | |
| Defendants | | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Kinsale Insurance Company, hereby dismisses this action with prejudice, each party to bear its own costs and attorneys' fees.

Dated: September 6, 2022

/s/ Allison A. Economy
Allison A. Economy, Esq. #5336
Rudman Winchell
84 Harlow Street—P.O. Box 1401
Bangor, Maine 04402-1401
(207) 947-4501
aeconomy@rudmanwinchell.com

Sean Mahoney, Esq., *Pro Hac Vice*
Kelsey Knish, Esq., *Pro Hac Vice*
Kennedys CMK, LLP
1600 Market Street
Suite 1410
Philadelphia, PA 19103
(267) 479-6700
(215) 665-8475 (fax)

*Attorneys for Plaintiff*
*Kinsale Insurance Company*

{R2219133.1 41807-079280 }